# IN THE U.S. DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

**RYAN DUNN, individually and on behalf of others similarly situated,**

      **Plaintiff,**　　　　CASE NO.:  1:22-cv-00160-AW-GRJ

v.

**PROFESSIONAL DEBT MEDIATION, INC., and MEHRNAZ ASGHARI d/b/a LENOX CORNER APARTMENTS,**

      **Defendants.**
_____/

## MOTION FOR DEFAULT

Plaintiff, RYAN DUNN by and through undersigned counsel and pursuant to *Federal Rule: 55(a)* moves for entry of a clerk's default in this action against the Defendant, MEHRNAZ ASGHARI d/b/a LENOX CORNER APARTMENTS, for failure to serve any paper on the undersigned or file any paper as required by law.

[Default provided on the next page.]

## **DEFAULT**

A Default is entered in this action against the Defendant, MEHRNAZ ASGHARI d/b/a LENOX CORNER APARTMENTS, for failure to serve or file any paper as required by law.

DATED on _____, 2022.
As Clerk of the Court


_____
As Deputy Clerk


Dated this 31st of August, 2022.

**STORY | GRIFFIN**

/s/ Max Story, Esq.
MAX STORY, ESQ.
Florida Bar No.:  527238
Austin J. Griffin, Esq.
Florida Bar. No.: 117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone: (904) 372-4109
max@storylawgroup.com
austin@storylawgroup.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record in this action. I hereby also certify that a true and correct copy of the foregoing document is being emailed to Pro-Se Defendant Mehrnaz Asghari at lenoxcorner@yahoo.com.

*/s/ Max Story, Esq.*
Attorney