**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RYAN DUNN,**

      **Plaintiff,**

**v.**                                                              **Case No. 1:22-cv-160-AW-HTC**

**PROFESSIONAL DEBT MEDIATION
INC.,**

      **Defendant.**

_____/

## ORDER REGARDING SETTLEMENT AND DISMISSAL

Ryan Dunn and PDM have settled. ECF No. 64. All deadlines are stayed. The

amended motion to compel (ECF No. 57) is DENIED as moot.

The court will dismiss Dunn's claims without further notice unless, within 14

days, the parties file a joint stipulation of dismissal or any party shows cause why

the case should continue.

PDM has also asserted third-party claims, ECF No. 58, but the record does

not show that the third-party defendant has been served. It is also unclear whether

PDM has settled those claims or, if not, whether PDM otherwise intends to pursue

them. Moreover, PDM asserts only supplemental jurisdiction under 28 U.S.C.

§ 1367 for those claims. Where, as here, all federal claims are resolved, "concerns

of federalism—namely, of federal courts of limited jurisdiction weighing in on state

1

law—counsel in favor of dismissing state-law claims." *Silas v. Sheriff of Broward Cnty.*, 55 F.4th 863, 866 (11th Cir. 2022).

The court will decline to exercise § 1367 jurisdiction and will dismiss PDM's third-party claims without prejudice unless, within 14 days, PDM files a memorandum showing why the court should not do so.

SO ORDERED on March 9, 2023.

s/ *Allen Winsor*
United States District Judge