IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RYAN DUNN,**

    **Plaintiff,**

v.                                          Case No. 1:22-cv-160-AW-HTC

**PROFESSIONAL DEBT MEDIATION INC.,**

    **Defendant.**

_____/

## ORDER ACKNOWLEDGING DISMISSAL OF RYAN DUNN'S ACTION AGAINST PDM WITH PREJUDICE

Ryan Dunn and PDM filed a joint stipulation of dismissal with prejudice. ECF No. 68. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that Ryan Dunn's claims against PDM have been dismissed.

Further, the court dismisses without prejudice PDM's third-party claims. *See* ECF No. 65.

The clerk will close the file.

SO ORDERED on March 27, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge